IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| FRANK J. PRASIL,<br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br>GUY BLACKWELL, RANDALL KIZER, and<br>BRUCE POSTON,<br>    Defendants | ) ) ) ) ) ) ) ) ) | No. 3:06-CV-402<br>(Phillips) |
| FRANK J. PRASIL,<br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br>GUY BLACKWELL, RANDALL KIZER, and<br>BRUCE POSTON,<br>    Defendants | ) ) ) ) ) ) ) ) ) | No. 3:07-CV-18<br>Consolidated with<br>No. 3:06-CV-402 |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, the motion to dismiss filed by defendants [Doc. 3] is **GRANTED,** whereby this action is **DISMISSED** with prejudice against the United States, Guy Blackwell and Randall Kizer. Plaintiff's claims against defendant Bruce Poston are **DISMISSED** with prejudice for failure to prosecute.

    **IT IS SO ORDERED**.

                  **ENTER:**

                                      s/ Thomas W. Phillips
                                    United States District Judge